**Electronically Filed**
**Supreme Court**
**SCPR-20-0000623**
**12-NOV-2020**
**11:31 AM**
**Dkt. 6 OGP**

SCPR-20-0000623

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

IN RE KERRY A. KEARN-KAWAI, Petitioner.

---

ORIGINAL PROCEEDING

<u>ORDER GRANTING PETITION TO RESIGN AND SURRENDER LICENSE</u>
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson JJ.,
and Intermediate Court of Appeals Chief Judge Ginoza,
assigned by reason of vacancy)

Upon consideration of the petition to resign and surrender license to practice law in the State of Hawai'i, filed by attorney Kerry A. Kearn-Kawai, pursuant to Rule 1.10 of the Rules of the Supreme Court of the State of Hawai'i (RSCH), and the affidavits submitted in support thereof, we conclude that Petitioner Kearn-Kawai has fully complied with the requirements of RSCH Rule 1.10. Therefore,

IT IS HEREBY ORDERED that the petition is granted.

IT IS FURTHER ORDERED, pursuant to RSCH Rule 1.10(g), that the Petitioner shall comply with the notice, affidavit, and record requirements of RSCH Rules 2.16(a), (b), (d), and (g).

IT IS FINALLY ORDERED that the Clerk shall remove the name of Petitioner Kerry A. Kearn-Kawai, attorney number 7602, from the roll of attorneys of the State of Hawai'i, effective with the filing of this order.

DATED: Honolulu, Hawai'i, November 12, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna



/s/ Michael D. Wilson

/s/ Lisa M. Ginoza